UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**TIMOTHY A. GEHRIG**,                                    Civil Case No. 3:10-1433-KI

                    Plaintiff,                           JUDGMENT

          v.

**COMMISSIONER OF SOCIAL
SECURITY**,

                         Defendant.

David B. Lowry
9900 SW Greenburg Rd.
Columbia Business Center, Suite 130
Portland, OR 97223

          Attorney for Plaintiff

S. Amanda Marshall
United States Attorney
District of Oregon
Adrian L. Brown
Assistant United States Attorney
1000 SW Third Ave., Suite 600

Page 1 - JUDGMENT

Portland, OR 97201-2902

Gerald J. Hill
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is affirmed and this case is dismissed.


    IT IS SO ORDERED.

    DATED this _____5th_____ day of December, 2011.


            /s/ Garr M. King
            Garr M. King
            United States District Judge